1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT RUSSO,

     Petitioner,

    v.

ROBERT AYERS, JR., Warden,

     Respondent.

No. C 07-01504 WHA

[PROPOSED] ORDER AMENDING ORDER TO SHOW CAUSE

     On March 22, 2007, this Court found Petitioner Vincent Russo stated valid claims in his petition for writ of habeas corpus under 28 U.S.C. 2254 and accordingly issued an **ORDER TO SHOW CAUSE.** On March 26, 2007, Petitioner filed a first amended petition for writ of habeas corpus to include a reference to the Fourteenth Amendment in his claim that the Board of Prison Terms violated his due process rights under the United States Constitution. Accordingly, this Court amends paragraph two, Petitioner's Legal Claims, of its **ORDER TO SHOW CAUSE** to add the Fourteenth Amendment reference to Petitioner's claim of violation of his due process rights. The **ORDER TO SHOW CAUSE** otherwise remains in full force and effect.

1

1 **IT IS SO ORDERED.**

3 Dated: ~~March~~ April 24, 2007.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE