**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT RUSSO,

      Petitioner,

  v.

ROBERT AYERS JR.,

      Respondent.

                         /

No. C 07-01504 WHA

**ORDER DENYING MOTION TO APPEAL**

The Court has received petitioner Vincent Russo's motion and notice of appeal of order denying petition for writ of habeas corpus. A state prisoner challenging the Board of Prison Terms' administrative decision to deny his request for parole does not need to obtain a Certificate of Appealability. The Court **DENIES** the motion for a certificate of appealability on grounds that it is unnecessary.

The clerk shall process the appeal.

**IT IS SO ORDERED.**

Dated: September 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE